| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

RENEE TAYLOR, §
§
       Plaintiff, §
§
versus §
§ CIVIL ACTION NO. 1:07-CV-362
ALLSTATE TEXAS LLOYD'S, §
RIMKUS CONSULTING GROUP, INC., §
and LARRY E. TIPTON, §
§
       Defendants. §

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The court referred this matter to the Honorable Earl S. Hines, United States Magistrate Judge, for pretrial proceedings pursuant to Order of Reference entered on June 18, 2007. The court has received and considered the report of the United States magistrate judge, who recommends that the court grant mutual motions to dismiss and enter a partial judgment dismissing with prejudice defendants Rimkus Consulting Group, Inc., and Larry E. Tipton.

The magistrate judge's report is hereby **ADOPTED**. "Plaintiff's Voluntary Dismissal of Defendants Rimkus Consulting Groups, Inc., and Larry Tipton" (Docket No. 21), and Defendants "Rimkus Consulting Group, Inc., and Larry Tipton's 12(b)(6) Motion to Dismiss" (Docket No. 6) are **GRANTED**. Plaintiff's claims against Rimkus Consulting Group, Inc., and Larry E. Tipton are **DISMISSED** with prejudice.

SIGNED at Beaumont, Texas, this 29th day of February, 2008.

                                              MARCIA A. CRONE
                                              UNITED STATES DISTRICT JUDGE